JAMES J. CERBONE, ESQUIRE - 4036
2430 HIGHWAY 34
BUILIDNG B, SUITE 22
WALL, NJ 08736
(732) 681-6800
Attorney for Debtor

**Order Filed on June 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

**HARMESH VERMA**

DEBTOR

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CHAPTER 13
CASE NO.: 19-15880/KCF

**ORDER REINSTATING THE AUTOMATIC STAY AS TO ALL CREDITORS**

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: June 18, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtors:  Harmesh Verma

Case Number: 19-15880/KCF

Caption of Order:  Order Reinstating the Automatic Stay as to All Creditors

**THIS MATTER,** being brought, before this court by James J. Cerbone, P.C. attorney for Debtors, upon reading documents submitted and good cause being shown:

**ORDERED** that the automatic stay is reimposed to all creditors served with the motion as of the date of this order, except those previously granted stay relief.