JAMES J. CERBONE, ESQUIRE - 4036
2430 HIGHWAY 34
BUILIDNG B, SUITE 22
WALL, NJ 08736
(732) 681-6800
Attorney for Debtor

**Order Filed on June 18, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT |
| | DISTRICT OF NEW JERSEY |
| **HARMESH VERMA** | CHAPTER 13 |
| | CASE NO.: 19-15880/KCF |
| DEBTOR | |

### ORDER REINSTATING THE AUTOMATIC STAY AS TO ALL CREDITORS

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: June 18, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtors: Harmesh Verma

Case Number: 19-15880/KCF

Caption of Order: Order Reinstating the Automatic Stay as to All Creditors

**THIS MATTER,** being brought, before this court by James J. Cerbone, P.C. attorney for Debtors, upon reading documents submitted and good cause being shown:

**ORDERED** that the automatic stay is reimposed to all creditors served with the motion as of the date of this order, except those previously granted stay relief.

United States Bankruptcy Court
District of New Jersey

In re:  
Harmesh Verma  
     Debtor

Case No. 19-15880-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jun 18, 2019  
                           Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2019.  
db          +Harmesh Verma,    23 Middlebrook Drive,    Asbury Park, NJ 07712-3421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2019 at the address(es) listed below:

          Albert    Russo    docs@russotrustee.com  
          Aleisha Candace Jennings    on behalf of Creditor    NATIONSTAR MORTGAGE LLC ajennings@rasflaw.com  
          Denise E. Carlon    on behalf of Creditor    Structured Asset Mortgage Investments II Inc., Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2004-10, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Douglas J. McDonough    on behalf of Creditor    Towd Point Mortgage Trust 2017-4, U.S. Bank National Association, as Indenture Trustee DMcDonough@flwlaw.com  
          Douglas J. McDonough    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5, Mortgage Pass-Through Certificates, Series 2005-AR5 DMcDonough@flwlaw.com  
          Emmanuel J. Argentieri    on behalf of Creditor    US Bank NA, not in its individual capacity but solely as trustee for the Roosevelt Mortgage Acquisition Company Trust, Series 2016-CTT bk@rgalegal.com  
          James J. Cerbone    on behalf of Debtor Harmesh  Verma cerbonelawfirm@aol.com, cerbonejr83307@notify.bestcase.com  
          Kevin Gordon McDonald    on behalf of Creditor    Structured Asset Mortgage Investments II Inc., Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2004-10, U.S. Bank National Association, as Trustee kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                             TOTAL: 9