| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br>Attorney for Secured Creditor,<br>U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT<br><br>HARMESH VERMA<br>xxx-xx-9992<br>       Debtor. | Order Filed on August 21, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 19-15880<br>Chapter   13<br>Hearing Date: August 20, 2019 at 9:00 a.m.<br>Judge:   Michael B. Kaplan |

## ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: August 21, 2019**

/s/ Michael B. Kaplan

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Harmesh Verma
Case No: 19-15880/KCF
Caption of Order: ORDER VACATING STAY AS TO REAL PROPERTY

---

Upon the motion, ("Movant"), under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following real property:

10 Charles Court, Ocean, New Jersey 07712.

It is further ORDERED that the Movant may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

Movant, its successors and/or assigns, may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above including, but not limited to, repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

The Movant shall serve this order on the Debtor(s), Debtor(s)' attorney, any trustee and any other party who entered an appearance on the motion.