UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515
Attorney for Secured Creditor,
U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT

HARMESH VERMA
xxx-xx-9992

Debtor.

Order Filed on August 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-15880
Chapter    13
Hearing Date: August 20, 2019 at 9:00 a.m.
Judge:    Michael B. Kaplan

## ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: August 21, 2019

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case 19-15880-MBK    Doc 41    Filed 08/23/19    Entered 08/24/19 00:29:40    Desc Imaged
Certificate of Notice    Page 2 of 3

(Page 2)
Debtor: Harmesh Verma
Case No: 19-15880/KCF
Caption of Order: ORDER VACATING STAY AS TO REAL PROPERTY

---

Upon the motion, ("Movant"), under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following real property:

10 Charles Court, Ocean, New Jersey 07712.

It is further ORDERED that the Movant may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

Movant, its successors and/or assigns, may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above including, but not limited to, repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

The Movant shall serve this order on the Debtor(s), Debtor(s)' attorney, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-15880-MBK
Harmesh Verma                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 21, 2019
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2019.
db         +Harmesh Verma,   23 Middlebrook Drive,   Asbury Park, NJ 07712-3421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2019 at the address(es) listed below:
         Albert   Russo    docs@russotrustee.com
         Aleisha Candace Jennings    on behalf of Creditor    NATIONSTAR MORTGAGE LLC ajennings@rasflaw.com
         Denise E. Carlon    on behalf of Creditor    Structured Asset Mortgage Investments II Inc., Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2004-10, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Douglas J. McDonough    on behalf of Creditor    Towd Point Mortgage Trust 2017-4, U.S. Bank National Association, as Indenture Trustee DMcDonough@flwlaw.com
         Douglas J. McDonough    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5, Mortgage Pass-Through Certificates, Series 2005-AR5 DMcDonough@flwlaw.com
         Emmanuel J. Argentieri    on behalf of Creditor    US Bank NA, not in its individual capacity but solely as trustee for the Roosevelt Mortgage Acquisition Company Trust, Series 2016-CTT bk@rgalegal.com
         James J. Cerbone    on behalf of Debtor Harmesh  Verma cerbonelawfirm@aol.com, cerbonejr83307@notify.bestcase.com
         Kevin Gordon McDonald    on behalf of Creditor    Structured Asset Mortgage Investments II Inc., Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2004-10, U.S. Bank National Association, as Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                      TOTAL: 9