Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–15880–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Harmesh Verma
  23 Middlebrook Drive
  Asbury Park, NJ 07712

Social Security No.:
  xxx–xx–9992

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/18/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: December 18, 2019
JAN: bwj

                                                                          Jeanne Naughton
                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Harmesh Verma  
      Debtor

Case No. 19-15880-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Dec 18, 2019  
                       Form ID: 148     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2019.

```
db             +Harmesh Verma,    23 Middlebrook Drive,    Asbury Park, NJ 07712-3421
cr             +NATIONSTAR MORTGAGE LLC,    RAS CITRON, LLC,    130 CLINTON ROAD, SUITE 202,
                 Fairfield, NJ 07004-2927
518190695      +NATIONSTAR MORTGAGE LLC,    RAS Citron, LLC,    Authorized Agent for Secured Creditor,
                 130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
518265030      +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,     ATTN: Bankruptcy Dept,    PO Box 619096,
                 Dallas TX 75261-9096
518136870       Rushmore Loan Management,    PO Box 514707,    Los Angeles, CA 90051-4707
518136873      #Seterus,    PO Box 1077,    Hartford, CT 06143-1077
518136874      +Specialized Loan Servicing,    8742 Lucent Blvd,    Ste 300,    Littleton, CO 80129-2386
518585633      +Towd Point Mortgage Trust 2019-4, U.S. Bank Natio,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
518585634      +Towd Point Mortgage Trust 2019-4, U.S. Bank Natio,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84115,
                 Towd Point Mortgage Trust 2019-4, U.S. B,    84119-3284
518274311      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518273947      +U.S. Bank National Association, Trustee,    for the RMAC Trust, Series 2016-CTT,
                 c/o Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA 92619-2708
518284910      +US Bank National Assoc.,    POB 55004,    Irvine, CA 92619-5004
518233453       Wells Fargo Bank, National Association, as,    c/o PO Box 65250,    Salt Lake City, UT 84165-0250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 19 2019 00:32:14     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 19 2019 00:32:11     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518136871      +E-mail/Text: jennifer.chacon@spservicing.com Dec 19 2019 00:33:14
                 Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
518275883       E-mail/Text: jennifer.chacon@spservicing.com Dec 19 2019 00:33:14
                 Towd Point Mortgage Trust 2017-4, U.S. Bank,    c/o Select Portfolio Servicing, Inc.,
                 PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 4
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518136872*     +Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2019 at the address(es) listed below:

```
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    NATIONSTAR MORTGAGE LLC ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    Structured Asset Mortgage Investments II Inc., Bear
               Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2004-10, U.S. Bank National
               Association, as Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Dec 18, 2019
                              Form ID: 148             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Douglas J. McDonough    on behalf of Creditor    Towd Point Mortgage Trust 2017-4, U.S. Bank National Association, as Indenture Trustee DMcDonough@flwlaw.com

          Douglas J. McDonough    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5, Mortgage Pass-Through Certificates, Series 2005-AR5 DMcDonough@flwlaw.com

          Emmanuel J. Argentieri    on behalf of Creditor    US Bank NA, not in its individual capacity but solely as trustee for the Roosevelt Mortgage Acquisition Company Trust, Series 2016-CTT bk@rgalegal.com

          James J. Cerbone    on behalf of Debtor Harmesh  Verma cerbonelawfirm@aol.com, cerbonejr83307@notify.bestcase.com

          Kevin Gordon McDonald    on behalf of Creditor    Structured Asset Mortgage Investments II Inc., Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2004-10, U.S. Bank National Association, as Trustee kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com

          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                       TOTAL: 10